UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMPUS AI, INC.<br><br>                                    Plaintiff,<br><br>v.<br><br>GUARDANT HEALTH, INC.,<br><br>                                    Defendant. | Case No.:  25-cv-00621-JO-MMP<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE [DKT. 12]** |

On July 31, 2025, the Court held oral argument on Defendant Guardant Health, Inc.'s motion to transfer venue. Dkt. 12. For the reasons stated on the record, the Court GRANTS the motion to transfer venue and ORDERS that this case be transferred to the U.S. District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____

Honorable Jinsook Ohta
United States District Judge