Jordan R. Jaffe (Cal. Bar No. 254886)
Wendy L. Devine (Cal. Bar No. 246337)
WILSON SONSINI GOODRICH & ROSATI, PC
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone:  (415) 947-2000

Michael T. Rosato (Wa. Bar No. 33370, *Pro Hac Vice*)
Eric P. Tuttle (Cal. Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Attorneys for Defendant*
*Guardant Health, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMPUS AI, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUARDANT HEALTH, INC.,<br><br>　　　　　Defendant. | Case No.: 3:25-CV-06622-TLT<br><br>**GUARDANT HEALTH, INC.'S RE-NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Before: Hon. Trina L. Thompson<br>Hearing Date: November 4, 2025<br>Time: 2:00 P.M.<br>Courtroom 9, 19th Floor |

1  TO THE HONORABLE COURT AND ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE that on November 4, 2025 at 2:00 P.M., or as soon
4  thereafter as the matter may be heard, Defendant Guardant Health. Inc. ("Guardant")
5  will and hereby does move this Court, the Honorable Trina L. Thompson, presiding,
6  for an order dismissing Plaintiff Tempus AI, Inc.'s ("Tempus") Complaint for patent
7  infringement pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground
8  that the patent claims asserted in Tempus's Complaint are directed to patent-
9  ineligible subject matter under 35 U.S.C. § 101 (the "Motion to Dismiss").
10 Guardant's Motion to Dismiss is based upon Guardant's Memorandum of Points and
11 Authorities (Dkt. No. 11-1); the Declaration of Jordan R. Jaffe in Support of
12 Guardant's Motion to Dismiss (Dkt. No. 11-2); Guardant's Reply Brief in Support
13 of its Motion to Dismiss (Dkt. No. 18); all other matters of which this Court may
14 take judicial notice; the pleadings, files, and records in this action; and on any
15 argument heard by the Court.
16 Guardant's Motion to Dismiss was fully briefed and previously set to be heard
17 on July 31, 2025 before the Honorable Jinsook Ohta, at the same time as Guardant's
18 co-pending motion to transfer. *See* Dkt. Nos. 11, 16, 18. At the hearing on July 31,
19 2025, Judge Ohta granted the motion to transfer and did not reach the Motion to
20 Dismiss. *See* Dkt. Nos. 26, 27. After transfer, all hearing dates were vacated by
21 order of the Court and the Parties were ordered to re-notice all pending motions for
22 hearing. *See* Dkt. No. 33. Guardant's Motion to Dismiss remains fully briefed and
23 complies with the Northern District of California's Civil Local Rules and this
24 Court's Guidelines for Patent Section 101 Hearings. *See* Dkt. No. 11-1 at 14–16,
25 22–24 (identifying relevant claims); Dkt. No. 18 at 3, 8 (addressing claim
26 construction); Dkt. No. 11-1 at 24 (identifying lack of factual disputes); Dkt. No. 18
27 at 9 (same); Dkt. 11-1 at 8–9, 15–16, 18–19, 21 (identifying intrinsic evidence); Dkt.
28 11-1 at 12–13 (identifying extrinsic evidence); Dkt. No. 11-1 at 8–10, 15–16, 19–20

(identifying analogous cases); Dkt. No. 18 at 2–3, 5–7 (same); and Dkt. No. 11-1 at 24–25 (explaining procedural posture).

Dated: August 14, 2025      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Jordan R. Jaffe*
Jordan R. Jaffe
Wendy L. Devine
One Market Plaza, Spear Tower #3300
San Francisco, CA
Tel: (415) 947-2171

Michael T. Rosato
Eric P. Tuttle
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

*Attorneys for Defendant
Guardant Health, Inc.*